**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MARVIN LEE TURNER,

                Plaintiff,

vs.                                        Case No. 3:11-cv-268-J-32TEM

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

                Defendant.

_____

## ORDER

       This case is before the Court on Plaintiff's appeal of an administrative decision denying his claim for a period of disability insurance benefits and supplemental security income under the Social Security Act (Doc. 1).  The parties filed briefs and the administrative record and, upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 15) recommending that the Commissioner's decision be affirmed.  Plaintiff did not file any objections to the Report and Recommendation and the time in which to do so has now passed.

       Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 15), it is hereby

       **ORDERED**:

       1.    The Report and Recommendation (Doc. 15) of the Magistrate Judge is

**ADOPTED** as the opinion of the Court.

2.      Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the

Commissioner is hereby **AFFIRMED**.

3.      Each party shall bear its own fees and costs.

4.      The Clerk is hereby directed to enter judgment accordingly and to **close**

the file.

**DONE AND ORDERED** at Jacksonville, Florida this 25th day of June, 2012.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Thomas E. Morris
United States Magistrate Judge

counsel of record